IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRUCE D. WALKER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2279-KHV |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,500.00.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$3,500.00**.

IT IS SO ORDERED.

Dated this 13th day of July, 2006.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

APPROVED BY:

s/ James H. Green
JAMES H. GREEN
BAR No. 77806
1734 E. 63rd Street, Suite 602
Location One Building
Kansas City, MO 64110
Telephone: (816) 361-4400
Facsimile:  (816) 361-5911
jameshenrygreen@yahoo.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ Christina L. Medeiros
CHRISTINA L. MEDEIROS
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 12884
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.medeiros@usdoj.gov
ELECTRONICALLY SUBMITTED

Attorneys for Defendant